# EXHIBIT 1



# United States of America
## United States Patent and Trademark Office

# MOPHIE JUICE PACK AIR

**Reg. No. 4,065,710**

**Registered Dec. 6, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE 128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES INTEGRATED INTO A PROTECTIVE CASE OR HOUSING WITH AN ELECTRICAL CONNECTOR FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HAND-HELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-21-2009; IN COMMERCE 4-21-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,227,723 AND 3,227,725.

SER. NO. 85-144,833, FILED 10-4-2010.

MARY CRAWFORD, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office.

EXHIBIT 1
- 26 -

# EXHIBIT 2



# United States of America
## United States Patent and Trademark Office

# MOPHIE JUICE PACK POWERSTATION

**Reg. No. 4,065,711**

**Registered Dec. 6, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE 128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-13-2010; IN COMMERCE 9-13-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,227,723 AND 3,227,725.

SER. NO. 85-144,834, FILED 10-4-2010.

MARY CRAWFORD, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

EXHIBIT 2
- 27 -

# EXHIBIT 3



# United States of America

## United States Patent and Trademark Office

# MOPHIE JUICE PACK BOOST

**Reg. No. 4,065,712**

**Registered Dec. 6, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE 128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-4-2010; IN COMMERCE 8-4-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,227,723, 3,227,725, AND 3,949,983.

SER. NO. 85-144,835, FILED 10-4-2010.

MARY CRAWFORD, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

EXHIBIT 3
- 28 -

# EXHIBIT 4



# United States of America

## United States Patent and Trademark Office

# MOPHIE JUICE PACK RESERVE

**Reg. No. 4,065,713**

**Registered Dec. 6, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE 128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELEC-TRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-23-2010; IN COMMERCE 6-23-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,227,723, 3,227,725, AND 3,949,983.

SER. NO. 85-144,836, FILED 10-4-2010.

MARY CRAWFORD, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT 4

- 29 -

# EXHIBIT 5



# United States of America

## United States Patent and Trademark Office

# MOPHIE JUICE PACK

**Reg. No. 4,065,937**
**Registered Dec. 6, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE 128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES INTEGRATED INTO A PROTECTIVE CASE OR HOUSING WITH AN ELECTRICAL CONNECTOR FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HAND-HELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; RECHARGEABLE BATTERIES FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-22-2009; IN COMMERCE 4-22-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,227,723, 3,227,725, AND 3,949,983.

SER. NO. 85-179,481, FILED 11-17-2010.

MARY CRAWFORD, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

EXHIBIT 5
- 30 -

# EXHIBIT 6



# United States of America

### United States Patent and Trademark Office

# MOPHIE JUICE PACK PLUS

**Reg. No. 4,065,942**

**Registered Dec. 6, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE 128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES INTEGRATED INTO A PROTECTIVE CASE OR HOUSING WITH AN ELECTRICAL CONNECTOR FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HAND-HELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-2010; IN COMMERCE 12-1-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,227,723, 3,227,725, AND 3,949,983.

SER. NO. 85-179,966, FILED 11-18-2010.

MARY CRAWFORD, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

EXHIBIT 6

- 31 -

# EXHIBIT 7



# United States of America
## United States Patent and Trademark Office

# MOPHIE JUICE PACK PRO

**Reg. No. 4,195,308**

**Registered Aug. 21, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE 128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES INTEGRATED INTO A PROTECTIVE CASE OR HOUSING WITH AN ELECTRICAL CONNECTOR FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY, MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,227,723, 3,227,725, AND 3,949,983.

SN 85-179,929, FILED 11-18-2010.

MARY CRAWFORD, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

EXHIBIT 7
- 32 -

# EXHIBIT 8



# United States of America

## United States Patent and Trademark Office

# JUICE PACK

**Reg. No. 4,286,345**

**Registered Feb. 5, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES INTEGRATED INTO A PROTECTIVE CASE OR HOUSING WITH AN ELECTRICAL CONNECTOR FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HAND-HELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; RECHARGEABLE BATTERIES FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-22-2009; IN COMMERCE 4-22-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,065,710, 4,065,942 AND OTHERS.

SER. NO. 85-726,645, FILED 9-12-2012.

WILLIAM VERHOSEK, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

EXHIBIT 8

- 33 -

# EXHIBIT 9



# United States of America
## United States Patent and Trademark Office

# JUICE PACK AIR

**Reg. No. 4,286,346**

**Registered Feb. 5, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES INTEGRATED INTO A PROTECTIVE CASE OR HOUSING WITH AN ELECTRICAL CONNECTOR FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-21-2009; IN COMMERCE 4-21-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,065,937, 4,195,308 AND OTHERS.

SER. NO. 85-726,652, FILED 9-12-2012.

WILLIAM VERHOSEK, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

EXHIBIT 9

- 34 -

# EXHIBIT 10



# United States of America

## United States Patent and Trademark Office

# JUICE PACK PLUS

**Reg. No. 4,331,770**

**Registered May 7, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES INTEGRATED INTO A PROTECTIVE CASE OR HOUSING WITH AN ELECTRICAL CONNECTOR FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HAND-HELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-2010; IN COMMERCE 12-1-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,065,710, 4,195,308 AND OTHERS.

SER. NO. 85-726,655, FILED 9-12-2012.

SIMON TENG, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

EXHIBIT 10

- 35 -

# EXHIBIT 11



# United States of America
## United States Patent and Trademark Office

# JUICE PACK PRO

**Reg. No. 4,331,771**

**Registered May 7, 2013**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE128
SANTA ANA, CA 92705

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: RECHARGEABLE BATTERIES INTEGRATED INTO A PROTECTIVE CASE OR HOUSING WITH AN ELECTRICAL CONNECTOR FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY, MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,065,710, 4,065,942 AND OTHERS.

SER. NO. 85-726,661, FILED 9-12-2012.

SIMON TENG, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

EXHIBIT 11
- 36 -

# EXHIBIT 12



# United States of America

## United States Patent and Trademark Office

# JUICE PACK POWERSTATION

**Reg. No. 4,331,772**

**Registered May 7, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES INTEGRATED INTO A PROTECTIVE CASE OR HOUSING WITH AN ELECTRICAL CONNECTOR FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HAND-HELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-13-2010; IN COMMERCE 9-13-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,065,937, 4,195,308 AND OTHERS.

SER. NO. 85-726,663, FILED 9-12-2012.

SIMON TENG, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

EXHIBIT 12
- 37 -

# EXHIBIT 13



# United States of America

## United States Patent and Trademark Office

# MOPHIE JUICE PACK HELIUM

Reg. No. 4,343,660

Registered May 28, 2013

Int. Cl.: 9

TRADEMARK

PRINCIPAL REGISTER

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE 128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES INTEGRATED INTO A PROTECTIVE CASE OR HOUSING WITH AN ELECTRICAL CONNECTOR FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY, MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; RECHARGEABLE BATTERIES FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY, MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-6-2013; IN COMMERCE 2-6-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,227,723, 4,065,937, AND OTHERS.

SN 85-558,853, FILED 3-2-2012.

EDWARD FENNESSY, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

EXHIBIT 13

- 38 -

# EXHIBIT 14



# United States of America
## United States Patent and Trademark Office

# JUICE PACK HELIUM

**Reg. No. 4,389,544**

**Registered Aug. 20, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOPHIE, INC. (CALIFORNIA CORPORATION)
2850 RED HILL AVENUE, SUITE128
SANTA ANA, CA 92705

FOR: RECHARGEABLE BATTERIES INTEGRATED INTO A PROTECTIVE CASE OR HOUSING WITH AN ELECTRICAL CONNECTOR FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY, MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; RECHARGEABLE BATTERIES FOR USE WITH MOBILE ELECTRONIC DEVICES, NAMELY, MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, AND CAMERAS; BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-6-2013; IN COMMERCE 2-6-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,065,937, 4,195,308, AND OTHERS.

SN 85-726,664, FILED 9-12-2012.

SIMON TENG, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

EXHIBIT 14
- 39 -

# EXHIBIT 15

**Photographs from uNu EnerBook purchased in September 2013:**



EXHIBIT 15

- 40 -



EXHIBIT 15

- 41 -



EXHIBIT 15

- 42 -



EXHIBIT 15

- 43 -

# EXHIBIT 16

**Photographs of Enerpak Vault Purchased in September 2013:**



EXHIBIT 16
- 44 -



EXHIBIT 16

- 45 -



EXHIBIT 16

- 46 -

# EXHIBIT 17



# ENERPAK TUBE
## Universal Juice Pack

### USER MANUAL

---

### PRODUCT OVERVIEW

1. Remaining Power Indicator
2. Control Button for LED Indicator
3. USB Output - 5V/1A
4. MicroUSB Input - 5V/1A
5. LED Flash Light

---

### SPECIFICATION

Product Name: UNU ENERPAK TUBE
Battery Material: Lithium Ion
Capacity: 5000mAh
Input: DX 5V – 1A
USB Output: DC 5V-1A
Compatibility:
Any iPhone, iPod and iPad.
Any Android Smartphones & Most of Tablet
Any other USB powered devices. like 3DS, GoPro, ect.

### INSTRUCTIONS

1. Charge the Enerpak - Connect the input micoUSB port on the enerpak to any standard USB power source. (i.e. computer usb port, smartphones usb charger) via the included cable.

2. Charging Process - While the charging is in process, the LED indicator will lightup one at a time. When all 4 lights are on, the enerpak is charged to full.

3. Charge the phone - You can connect any of your mobile devices the enerpak via the compatible USB cable. Once the connection is secure, press the silver button once and the recharging will start.

4. Post charging - When charging is complete, simply unplug the cable from both enerpak and your mobile device. The enerpak will shut off automatically in 25 seconds.

5. Remaining Power – Press side once, the LED remaining power indicator will light up to show an estimate percentage of power left in the enerpak:
   BLUE LED - 66%-100%    GREEN LED - 33%–66%
   RED LED - 1%–33%    RED LED FLASHING - 75%-100%

6. Flash Light - Double press the side button to turn the flash light on/off

---

### BOX CONTENT

1 x Enerpak Juice pack
1 x MicroUSB Charging Cable
1 x User Guide

### MAINTENANCE

To maintain the Enerpak's performance at highest standard, please make sure to following maintenance guidelines:

1. Recharge the Enerpak at least once during a 3 month period to keep the battery activeness. If it is not in use.

2. Keep the Enerpak from moist, high temperature and corrosive materials.

3. Do not wash the Enerpak with harsh chemicals, soaps or detergent.

4. Do not modify, disassemble, open, drop, crush, puncture or shred the product

5. This product is not a toy, keep away from kids under 3 years old.

### WARRANTY

1. This product carries a one-year Limited Warranty against defects in materials and workmanship.

2. Product registration is not required but preferred.

3. Product Registration Steps:
   Take a photo of your purchase receipt or E-invoice.
   Send the photo taken above to **services@myunu.com**
   Include "Warranty Registration" on the subject line.
   Include your name and date of purchase in the email body.

4. If you do not wish to register your product, please make sure keep your proof of purchase for warranty purpose.

5. If you need technical support or warranty service please visit www.myunu.com

---

EXHIBIT 17

- 47 -

# EXHIBIT 18



## ENERPAK VAULT
Universal Juice Pack

### USER MANUAL

### PRODUCT OVERVIEW

1. Remaining Power Indicator
2. Control Button for LED indicator
3. USB Output 1 – 5V/1A
4. USB Output 2 – 5V/2.1A
5. MicroUSB Input Port

### SPECIFICATION

Product Name: UNU ENERPAK VAULT
Battery Material: Lithium Polymer
Capacity: 11000mAh
Input: DX 5V ~ 1A
USB Output -1: DC 5V-1A
USB Output -2: DC 5V-2.1A
Compatibility:
Any iPhone, iPod and iPad.
Any Android Smartphones & Most of Tablet
Any other USB powered devices, like 3DS, GoPro, ect.

### INSTRUCTIONS

1. Charge the Enerpak - Connect the input microUSB port on the enerpak to any standard USB power source (i.e. computer usb port, smartphone usb charger) via the included cable.
2. Charging Process - While the charging is in process, the LED indicator will lightup one at a time. When all 4 lights are on, the enerpak is charged to full.
3. Charge the phone - You can connect any of your mobile devices  the enerpak via the compatible USB cable. Once the connection is secure, press the silver button once and the recharging will start.
4. Post charging - When charging is complete, simply unplug the cable from both enerpak and your mobile device. The enerpak will shut off automatically in 25 seconds.
5. Remaining Power – Press the silver button once, the LED remaining power indicator will light up to show an estimate percentage of power left in the enerpak:
1 LED – 0–25%    2 LEDs – 25%–50%
3 LEDs – 50–75%    4 LEDs – 75%–100%

### BOX CONTENT

1 x Enerpak Juice pack
1 x MicroUSB Charging Cable
1 x User Guide

### MAINTENANCE

To maintain the Enerpak's performance at highest standard, please make sure to following maintenance guidelines:
1. Recharge the Enerpak at least once during a 3 month period to keep the battery activeness, if it is not in use.
2. Keep the Enerpak from moist, high temperature and corrosive materials.
3. Do not wash the Enerpak with harsh chemicals, soaps or detergent.
4. Do not modify, disassemble, open, drop, crush, puncture or shred the product.
5. This product is not a toy, keep away from Kids under 3 years old.

### WARRANTY

1. This product carries a one-year Limited Warranty against defects in materials and workmanship.
2. Product registration is not required but preferred.
3. Product Registration Steps:
Take a photo of your purchase receipt or E-invoice.
Send the photo taken above to services@myunu.com Including "Warranty Registration" on the subject line.
Include your name and date of purchase in the email body.
4. If you do not wish to register your product, please make sure keep your proof of purchase for warranty purpose:
5. If you need technical support or warranty service please visit www.myunu.com

# EXHIBIT 19



amazon Prime
Emily's Amazon.com | Today's Deals | Gift Cards | Sell | Help
All-New kindle paperwhite From $119 › Pre-order now
Shop by Department | Search All | unu enerpak | Go | Hello, Emily Your Account | Your Prime | 0 Cart | Wish List
Cell Phones & Accessories | All Electronics | Contract Cell Phones | No-Contract Cell Phones | Unlocked Cell Phones | Accessories | Best Sellers | Deals

Roll over image to zoom in
Share your own customer images

# uNu Enerpak Vault 11000mAh Dual Port 2.1A External Battery Pack for iPhone 5 4S 4, iPad mini, the new iPad, iPod Touch and Most Android Phones

by UNU
(28 customer reviews)

List Price: ~~$99.95~~
Price: $56.29 Prime
You Save: $43.66 (44%)

**In Stock.**
Sold by **DBROTH** and **Fulfilled by Amazon**. Gift-wrap available.

**26 new**

**Buy New** $56.29
Quantity: 1
Add to Cart
or
Buy now with 1-Click®
Order within 8hr 51min
Get it: Tue +3.99 | Wed Free
Ship to: Emily Sauter- IRVINE
This will be a gift
Add to Wish List

**More Buying Choices**
THE DEAL STATION Add to Cart
$56.29 & eligible for free shipping with Amazon Prime
PINKTECH Add to Cart
$56.29 & eligible for free shipping with Amazon Prime
Neon Shop Add to Cart
$56.29 & eligible for free shipping with Amazon Prime
**26 new**
Have one to sell? Sell on Amazon
Share

## Frequently Bought Together

**Price for both:** $96.28
Add both to Cart | Add both to Wish List
Show availability and shipping details

- **This item:** uNu Enerpak Vault 11000mAh Dual Port 2.1A External Battery Pack for iPhone 5 4S 4, iPad mini, the new … by uNu $56.29
- UNU EP 02 5000 BLK Enerpak Tube Portable 5000mAh Charging Battery Pack with Flash Retail … by UNU $39.99

## Customers Who Bought This Item Also Bought

Page 1 of 2

UNU EP-02-5000-BLK Enerpak Tube Portable 5000mAh Charging Battery Pack with … (46) $39.99

UNU EP-02-5000-WHT Enerpak Tube Portable 5000mAh Charging Battery Pack with … (46) $40.00

uNu Power DX PLUS External Protective Battery Case for iPhone 4S & 4 (Matte Black … (273) $49.99

## Technical Details

- Extremely High Capacity 11000mAh; 5 6 full charges or add 35 hours of talk time to your iPhone 5 / 4S / 4G / 3GS, 4 5 full charges for Samsung Galaxy S3, a full charge for iPad / iPad 2 / Samsung Galaxy Tablets, or 500%+ to most mobile phones' battery life.
- Dual Port Charging with one output at 1A to power almost all mobile smartphones (iPhones, iPods, Samsung, HTC, Motorola), and the other output at 2.1A to power most tablet devices (iPad, Galaxy tab, etc)
- Portable & stylish design compare to its extreme capacity; Easily fits into your bag to provide long lasting instant power; PERFECT for long plane flights, road trips, or whenever you need to charge your mobile devices wherever you are.
- Reliable Lithium Polymer battery ensures 500+ recharge cycles over the life of the battery. One year manufacturer warranty to ensure the product is free from any craftsman defects or DOA problems.
- No AC charger and iPhone iPad cable will be included, but Enerpak Vault is compatible with all original Apple cables and AC chargers.

› See more technical details

## Product Details

**Product Dimensions:** 7.5 x 4.5 x 1.5 inches ; 12 ounces

EXHIBIT 19

9/9/13     Amazon.com: uNu Enerpak Vault 11000mAh Dual Port 2.1A External Battery Pack for iPhone 5 4S 4, iPad mini, the new iPad, iPod Touch and Most Android Ph…

**Shipping Weight:** 13 ounces (View shipping rates and policies)

**ASIN:** B009SYAX74

**Batteries** Lithium Metal batteries required.

**Average Customer Review:** ★★★★☆ ☑ (28 customer reviews)

**Amazon Best Sellers Rank:** #15,178 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)

Did we miss any relevant features for this product? **Tell us what we missed.**

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Description

### Overview
Constructed to be the apex of battery power, the Vault boasts a massive 11,000mAh capacity. This huge capacity is capable of powering tablets, phones, and almost any other portable device, making it ideal for extended trips and high demand users.

### Features
**Immense Battery Life**   Equipped with uNu's largest battery yet, the Enerpak Vault packs a whopping 11,000mAh. The power potential carried by a fully charged vault can completely power any tablet (including the iPad) and re charge any smartphone up to 6X!

**Technologically Advanced**   Combining astounding power with industry leading technology, the Enerpak Vault boasts a plethora of benefits. Designed with two USB ports for charging multiple devices, an LED battery capacity status indicator, and state of the art battery circuitry to ensure optimal efficiency, the Vault is the only battery for providing massive amounts of high powered, reliable energy.

**Dual Port Charging with 2.1A Output**   Made to increase productivity, the Enerpak Vault comes equipped with two different USB ports which can power devices simultaneously. The first, capable of charging at 2.1A is perfect for charging larger devices, including tablets, quickly and reliably. The second USB port is made for charging almost any phone or small electronic device to ensure on the go readiness.

**The Power of "uNuversal"**   Using a 1A USB port to charge almost any USB device, the Enerpak Tube effectively charges most electronics at significantly superior speeds compared to traditional USB batteries. Therefore, no matter what the device, an alternative power source is always within reach.

### Box Content
Micro USB cable
Enerpak Tube Juice Pack 11000mAh Battery Pack
Quick User Guide

### Specifications
Material: ABS Plastic
Capacity: 11000mAh
Input: 5V / 1A
Output: 5V / 2.1A (USB1), 5V/1A(USB2)
Life Cycle: >500 cycles

## What Other Items Do Customers Buy After Viewing This Item?


EasyAcc 12000mAh External Battery Charger Pack 4 USB Power Bank For iPhone 5 4S 4 3GS; iPad Mini, iPad …
★★★★☆ (812)
$39.99


Anker® Astro E4 13000mAh Portable High Capacity Dual Port External Battery Pack Power Bank Backup …
★★★★☆ (632)
$43.99


Anker® Astro E5 15000mAh Portable Ultra High Density High Capacity External Battery Backup Charger for …
★★★★☆ (115)
$49.99


UNU EP 02 5000 BLK Enerpak Tube Portable 5000mAh Charging Battery Pack with Flash     Retail …   by UNU
★★★★☆ (46)
$39.99

> **Explore similar items**

## Customer Questions & Answers

**Q: How long does it hold a charge? In other words, what percentage of the original charge will it retain after 6 months and 1 year?**
**A:** i reviewed the wrong thing here. this item i still have and have no problem with it. I was reviewing the extra iphone4 battery pack which is garbage.

**Q: Says it doesn't come with an "AC charger." Does it recharge from the original Apple charger, or do I need to purchase something else?**
**A:** I plugged mine into a USB ac charger just fine. Down' t think it was apple though.
   See all 5 answers

**Q: Will the uNu Enerpak Vault charge the iPhone 5?**

www.amazon.com/Enerpak-11000mAh-External-Battery-Android/dp/B009SYAX74/ref=sr 1 1?ie=UTF8&qid=1378761833&sr=8-1&keywords=unu+enerpak          2/5

EXHIBIT 19

9/9/13    Amazon.com: uNu Enerpak Vault 11000mAh Dual Port 2.1A External Battery Pack for iPhone 5 4S 4, iPad mini, the new iPad, iPod Touch and Most Android Ph…

**A:** Yes, this wil work with iPhone 5.

**See all 3 questions & their answers**

| Have a question? Ask the owners here | Ask owners |
|---|---|

## Customer Reviews



(28)

4.4 out of 5 stars

| 5 star | | 21 |
|---|---|---|
| 4 star | | 2 |
| 3 star | | 2 |
| 2 star | | 0 |
| 1 star | | 3 |

See all 28 customer reviews

" *Extremely fast charges, even when my iPad and iPhone are connected at the same time.* "
Jeff Thomas  |  3 reviewers made a similar statement

" *It's perfect for stuffing in my bag on the go and now I never stress about my phone running out of battery!* "
Alachia  |  3 reviewers made a similar statement

" *Little heavier than expected.* "
The Cruz  |  2 reviewers made a similar statement

### Most Helpful Customer Reviews

12 of 15 people found the following review helpful

⭐⭐⭐⭐⭐ **Been using for four days now and I am very impressed.**  January 10, 2013
By Jeff Thomas
Amazon Verified Purchase

Extremely fast charges, even when my iPad and iPhone are connected at the same time. Faster than a wall outlet for the iPad. I bought it for my trip to Europe next week, and I think it's going to be perfect for the long flight over, and when we aren't able to charge-up during the day. It's not terribly heavy, either  lighter than an iPad.

2 Comments  |  Was this review helpful to you?  [ Yes ] [ No ]

7 of 9 people found the following review helpful

⭐⭐⭐⭐⭐ **Perfect for all my electronics**  January 1, 2013
By The Cruz
Amazon Verified Purchase

Works as described and on all my portable electronics. Little heavier than expected. Hold charge for a log time which is a plus.

Comment  |  Was this review helpful to you?  [ Yes ] [ No ]

10 of 14 people found the following review helpful

⭐⭐⭐⭐⭐ **An awesome device**  March 6, 2013
By Raymundo Olivo
Amazon Verified Purchase

I'm always on the go and travel regularly for both business and pleasure. I have numerous devices; iPhone, iPad, Motorola and Plantronics wireless headphones.   love all these devices but power consumption is always an issue. I initially bought a smaller external battery for my iPhone but it fell well short of my power needs and would not charge my iPad or any of my other devices. I did some diligence and found uNu  I read several reviews regarding both their products and customer service, found both to be stellar and decided to buy their latest and greatest enerpak model -1- unit for myself and found the quality of the product and the power capacity so superior to anything on the market I decided to buy -4- additional units for my family and friends. Everyone I know has multiple devices and I am confident they will love this thoughtful gift as much as I do!

Comment  |  Was this review helpful to you?  [ Yes ] [ No ]

4 of 6 people found the following review helpful

⭐⭐⭐⭐☆ **Great!**  June 13, 2013
By Jasmine

I really like this charger. I am an Athletic Trainer and my phone is my outlet to all things. I needed one of these to keep on the sidelines. Yesterday was my first day to charge it after it



Advertisement

### Most Recent Customer Reviews

⭐⭐⭐⭐☆ **Good product**
This product is great at what it does, it is a little bigger and heavier than expected, but it still gets the job done. Read more
Published 2 months ago by Dan

⭐⭐⭐⭐⭐ **Love this Charger**
This handy little charger works exactly like advertised and gives me freedom without a power connection! Love it
Would recommend
Published 2 months ago by Pamela O'Connor

⭐⭐⭐⭐⭐ **Must have for avid Phone users**
I've been really pleased with this battery pack. It can fully charge my phone 4 times over without needing to be recharged itself. Read more
Published 3 months ago by Alachia

⭐⭐⭐⭐⭐ **Powerful device!**
I bought this product after finding that my phone was dying quite a bit throughout the day. As a social worker, I often am on the road, doing home visits, going off-site to meet my...
Read more
Published 4 months ago by vander Zee Evertje

EXHIBIT 19
- 51 -

9/9/13   Amazon.com: uNu Enerpak Vault 11000mAh Dual Port 2.1A External Battery Pack for iPhone 5 4S 4, iPad mini, the new iPad, iPod Touch and Most Android Ph…

was completely depleted. It lasted 2 days with out an extra charge and charged my phone several times throughout the 2 days whole day. When it did finally deplete of charge it took almost 18-20 hours to fully charge back. It does how ever last for a few weeks with out using it and still carry a charge.

Comment | Was this review helpful to you?   Yes   No

1 of 2 people found the following review helpful

★★★★★ **Great accessory for smart phones and i-Pad type items.** August 17, 2013
By William
Amazon Verified Purchase

This is a high quality item that is almost a necessity for me. I use my i-Phone much of every day requiring recharging at least 2-3 times everyday every day. This battery pack recharges it quickly and is very portable fitting easily in my pocket. Itake it with me when ever I am away from home and plan to be away from my automobile.It makes a great gift.

Comment | Was this review helpful to you?   Yes   No

1 of 2 people found the following review helpful

★★★★★ **works well** July 23, 2013
By dejafit

Saved me several times when my cell, ipad dies while on travel. I highly recommend this charger. For the price, it's a great deal

Comment | Was this review helpful to you?   Yes   No

9 of 16 people found the following review helpful

★★★☆☆ **It Works But I Think It Could Be Better** April 3, 2013
By IvanAiAi Tomo
Amazon Verified Purchase

With so many different options to choose from for external power-packs I finally just clicked on the one I thought looked the best. The Enerpak Vault is a powerful external battery which has done a good job of being able to charge all my electronics, including my iPad and Samsung Galaxy.

The dual-port USB charging is a really great idea which helps me charge more efficiently. I would be no where without my electronics and this vault has already been a life saver in a couple of power-crunch situations.

I have noticed that the Vault seems to be a bit heavier than the old power pack that I owned and the size is a little bigger as well.

The only other problem with this power-pack is that I wish it came with a universal cable with more extra ports so that I could charge other electronics. My wife has an old Samsung adapter for her phone and she can't use this product.
I would like to give this product at least 4 stars but I feel like the product arrived with too few accessories to make this product a solid "I will buy it again" product.

1 Comment | Was this review helpful to you?   Yes   No

0 of 2 people found the following review helpful

★★★★★ **Well designed and great product** June 10, 2013
By NS resident
Amazon Verified Purchase

Need an external battery for my iphone and ipad. This product works across all iGenerations and delivers as promised. There are cheaper and/or better looking products but this is a home run. Its easy to use and setup, durable and looks great.

Comment | Was this review helpful to you?   Yes   No

› **See all 28 customer reviews (newest first)**

Write a customer review

---

★★★☆☆ **Okay, but not as long lasting as expected..so far**
I ordered one of these on a Woot special. I thought it would be a great item to have for emergency preparedness and this was one of the largest vaults I'd seen. Read more
Published 4 months ago by E. Houser

★☆☆☆☆ **Need Real Reviews**
As others have said, the majority of these reviews are of skeptical origins. I rarely write reviews; however, I would caution judicious buyer to seek trusted review sources outside... Read more
Published 4 months ago by Michael Williams

★☆☆☆☆ **Product may be great - too many fake reviews**
Look at the review history of the people who purchased this: They almost all have only reviewed with this or the smaller uNu energy pack. Company shills? You decide. Read more
Published 5 months ago by Dave

★★★★★ **Solid and reliable battery**
I keep this battery pack in my office because I don't have enough outlet in reach for my phone charger, so whenever I need the battery, I will just plug it in and let it sits there... Read more
Published 5 months ago by Sleiman Abdul Muhsi

★★★★★ **Charging between Apple and Android**
I use this product to charge both my iPad Mini and my Galaxy Note daily, my note is the special battery eater which will run out of battery almost everyday by the afternoon. Read more
Published 5 months ago by Laursen Sofia

**Search Customer Reviews**

[                    ]   Go

☑ Only search this product's reviews

---

www.amazon.com/Enerpak-11000mAh-External-Battery-Android/dp/B009SYAX74/ref=sr   1 1?ie=UTF8&qid=1378761833&sr=8-1&keywords=unu+enerpak          4/5

EXHIBIT 19

- 52 -

9/9/13    Amazon.com: uNu Enerpak Vault 11000mAh Dual Port 2.1A External Battery Pack for iPhone 5 4S 4, iPad mini, the new iPad, iPod Touch and Most Android Ph…

## Look for Similar Items by Category

Cell Phones & Accessories > Accessories > Batteries > External Battery Packs

---

**Feedback**
- If you have a question or problem, visit our **Help pages**.
- Would you like to **give feedback on images** or **tell us about a lower price**?
- If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

---

| DBROTH Privacy Statement | DBROTH Shipping Information | DBROTH Returns & Exchanges |

---

**Your Recently Viewed Items and Featured Recommendations**



Loading.

---

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

**amazon.com**

Brazil    Canada    China    France    Germany    India    Italy    Japan    Spain    United Kingdom

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

AfterSchool.com
Kids' Sports, Outdoor
& Dance Gear

AmazonFresh
Groceries & More
Right To Your Door

Amazon Local
Great Local Deals
in Your City

AmazonSupply
Business, Industrial
& Scientific Supplies

AmazonWebServices
Scalable
Cloud Services

Askville
Community
Answers

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Bookworm.com
Books For Children
Of All Ages

Casa.com
Kitchen, Storage
& Everything Home

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Look.com
Kids' Clothing
& Shoes

MYHABIT
Private Fashion
Designer Sales

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

Vine.com
Everything
to Live Life Green

Wag.com
Everything
For Your Pet

Warehouse Deals
Open Box
Discounts

Woot
Never Gonna
Give You Up

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2013, Amazon.com, Inc. or its affiliates

EXHIBIT 19

- 53 -

# EXHIBIT 20



Search for people, places and things

Home Emily

# Timeline Photos

Back to Album · UNU's Photos · UNU's Page

Previous · Next

Like Comment

**UNU**
For those of you who stands in line or plan to stand in line to fight for the new ipad: post your "photo in line" on our wall, we will give away free Enerbook Juice pack to boost your "New iPad".
Like · Comment · Share · March 15, 2012

3 people like this.

**Morgan Elaine Eattock** Want!
May 28, 2012 at 6:31pm via mobile · Like

Write a comment...

Album: Timeline Photos
Shared with: Public

Open Photo Viewer
Download
Embed Post
Report

**People You May Know** See All

**Alissa Manning-Telisak**
14 mutual friends
Add Friend

**Andrew McLure** (Drew)
1 mutual friend
Add Friend

**James Jacobs**
7 mutual friends
Add Friend

**Leonard Roth**
7 mutual friends
Add Friend

**Jesse McFarlane**
4 mutual friends
Add Friend

**Jamie McFarlane**
6 mutual friends
Add Friend

**Recommended Pages** See All

**L. Claiborne Hair**
Alissa Berry Colombo likes her.
Like

About Create Ad Create Page Developers Careers Privacy Cookies Terms Help

Facebook © 2013 · English (US)

Chat (Off)

# EXHIBIT 21

10/11/13                                uNu (unucase) on Twitter



EXHIBIT 21
- 55 -

10/11/13                                          uNu (unucase) on Twitter

Expand

**uNu** @unucase                                                               29 Jul
Stay energized with our DX-5 Battery Case! #DX-5 #uNu
myunu.com/dx-protective-… pic.twitter.com/bo1uZuqGzK
View photo

**uNu** @unucase                                                               20 Jul
Our DX-5 BatteryCase Won the Editors Choice from pcmag.com!
Check out our review #UNU #DX-5  #pcmag.com

pcmag.com/article2/0,281…
View summary

**uNu** @unucase                                                               23 May
uNu is #CITA in #Vegas! Come check us out!
pic.twitter.com/9kCK0u7g6R
View photo

**uNu** @unucase                                                               22 Apr
Ahoy! Win some pirates treasure on our facebook by playing "Name
that Pirate". facebook.com/unucases pic.twitter.com/vmw6RNYaBN
View photo

**uNu** @unucase                                                               15 Apr
Our hearts go out to all of the people and families affected by the
explosions in Boston.
Expand

**uNu** @unucase                                                                8 Apr
Grab the bull by the horns. Don't let a dead battery make you see
red. myunu.com pic.twitter.com/5M35B5xHs7
View photo

**uNu** @unucase                                                                5 Apr
Tell the jester a joke on our facebook and have a chance to win 1 of
3 Enerbook battery packs facebook.com/unucases
pic.twitter.com/LPF3ArhfrX
View photo

**uNu** @unucase                                                               27 Mar
Week 4 of Customer Appreciation Month! Enerpak Vault Extended
Battery. Get the best for less! myunu.com/unu4you
pic.twitter.com/jdhLB2hKDU
View photo

**uNu** @unucase                                                               21 Mar
Add some pizazz to your iPhone 5. This week all iPhone 5 sliders
cases are $9.99 myunu.com/unu4you pic.twitter.com/5jljwfz4lp
View photo

**uNu** @unucase                                                               18 Mar
Get #recharged with some love from @unucase during customer
appreciation month! pic.twitter.com/ayuqJHGQey
View photo

**uNu** @unucase                                                               13 Mar
It's week 2 of Customer Appreciation Month!  Get the Ecopak Battery
System for iPhone 5! Go to myunu.com/unu4you
pic.twitter.com/PlVH0dbUEL

EXHIBIT 21
- 56 -

10/11/13                                    uNu (unucase) on Twitter

View photo

**uNu** @unucase                                              5 Mar
uNu has teamed up with iLounge to giveaway Enerpak Tubes. Check out:
ilounge.com/index.php/news… pic.twitter.com/dwq51uTGu4
View photo

**uNu** @unucase                                              9 Feb
It's almost Valentines Day! Get your special someone a gift yet?
Enjoy Buy 1 Get 1 for 50% off @ myunu.com/valentine-2013
pic.twitter.com/7utBFaph
View photo

**uNu** @unucase                                              5 Feb
Nine days till Valentines. u ready? Check out our give-away for the
week and you can win one of our Enerpak Tubes  @
facebook.com/unucases.
Expand

**uNu** @unucase                                             28 Jan
Check out this week's Enerpak Vault giveaway on our Facebook
page for a chance to win our most powerful powerpack yet!
facebook.com/unucases
Expand

**uNu** @unucase                                             22 Jan
New giveaway of the week on facebook for 3 Ecopak's! Check out our
facebook page for more details. facebook.com/unucases
Expand

**uNu** @unucase                                              8 Jan
@unucase named an International #CES Innovations 2013 Design
and Engineering Awards Honoree for the Endliss Smartcase
bit.ly/VCMO07
View summary

**uNu** @unucase                                              8 Jan
@unucase Unveils the DX Protective Battery Case for iPhone 5 at
#CES2013 in Las Vegas bit.ly/Vaw4zT
Expand

**uNu** @unucase                                             13 Dec
@unucase To Showcase Recyclable and Green-Engineered Mobile
Power Accessories at #2013CES bit.ly/Z0XMml
Expand

**uNu** @unucase                                             22 Nov
The easiest discount for the holiday season. Save 40% off any order
from myunu.com. Coupon NoMoreDeadBattery
pic.twitter.com/i4wP9pxE
View photo

**uNu** @unucase                                             22 Nov
The easiest discount you can get for Thanksgiving. Free iPhone 5
battery case giveaway on facebook.com/unucases
pic.twitter.com/TVTR7Wlr
View photo

https://twitter.com/unucase                                        3/8

EXHIBIT 21
- 57 -

10/11/13                                     uNu (unucase) on Twitter

**uNu** @unucase                                                    15 Nov
Still remember that tough day in dark during the Hurricane Sandy?
uNu gets you covered. Learn more @ myunu.com/collections/en…
Expand

**uNu** @unucase                                                     9 Nov
Last day to vote and win your favorite ECOPAK iPhone 5 battery
case, Visit facebook.com/unucases to join~!
Expand

**uNu** @unucase                                                     6 Nov
The World First iPhone 5 Battery Case is out from uNu! Check out
our giveaway on facebook.com/unucases
Expand

**uNu** @unucase                                                    30 Oct
@unucase Gets Green With Launch of New #iPhone5
#EcopakBatteryCase bit.ly/Sb6hmN
Expand

**uNu** @unucase                                                    17 Oct
uNu Announces the Enerpak Portable Battery Series for iPhone 5,
upcoming iPad Mini, and Other Portable Devices bit.ly/T0M95f
Expand

**uNu** @unucase                                                    8 Oct 12
facebook.com/unucases UNU is giving away one Enerpak Book
Battery Pack, visit the page. share the FB post to opt-in and win.
Expand

**uNu** @unucase                                                    8 Oct 12
Happy Columbus Day!  Visit myunu.com , enter "columbus30" to
receive 30% off your entire order. pic.twitter.com/YpxFhDMr
View photo

**uNu** @unucase                                                   26 Sep 12
The Exera System features a stylish case combined with a portable
hub that provides unlimited wireless power. bit.ly/QF9470
Expand

**uNu** @unucase                                                   14 Aug 12
Use code "congratUSA" and get your uNu Cases for 46% off on our
web store! pic.twitter.com/bW8uEAf0
View photo

**uNu** @unucase                                                    8 Aug 12
Have you ever imagine how UNU Exera would save your life? Give it a
try. pic.twitter.com/ENzGzBtV
View photo

**uNu** @unucase                                                    6 Aug 12
Exchangeable, Colorful, and Fashion, this is uNu Exera, the era of
exchange. pic.twitter.com/vVHDS4Yq
View photo

**uNu** @unucase                                                    2 Aug 12
youtube.com/watch?v=wjjuce…
View media

EXHIBIT 21
- 58 -

10/11/13                                          uNu (unucase) on Twitter

uNu @unucase                                                           30 Jul 12
I will not miss out the Olympic games because of low battery. Which
team are your rooting for? pic.twitter.com/Vyd4PPwH

View photo

uNu @unucase                                                           28 Jul 12
Watch The Olympics LIVE on NBC's Live Extra | NBC Olympics
nbcolympics.com/liveextra/vide…

View summary

uNu @unucase                                                           26 Jul 12
Smile, it's summer, it's time for UNU! pic.twitter.com/APqLy4N8

View photo

uNu @unucase                                                           26 Jul 12
uNu is now showing on Cult of Mac! Check it out!
cultofmac.com/179511/this-un…

Expand

uNu @unucase                                                           26 Jul 12
LazyTechguys now featuring uNu Exera Giveaway, Join it!
LazyTechguys now featuring uNu Exera Giveaway, what are you
waiting for?

Expand

uNu @unucase                                                           25 Jul 12
This UNU Battery Case Adds Power And Style Without Sacrificing
Practicality [Review] cultofmac.com/179511/this-un… via @cultofmac

Expand

uNu @unucase                                                           18 Jul 12
Do you still remember BFD limited edition backplate? It's back!!!
Check more details at myunu.com/products-page/…
pic.twitter.com/BOtFZ8LU

View photo

uNu @unucase                                                           18 Jul 12
Let UNU Exera become your reason of smiling.
pic.twitter.com/ToAYRXlH

View photo

uNu @unucase                                                           12 Jul 12
Chatting with friends is one of the happiest things in our daily life,
UNU Exera will power your happiness life~:) pic.twitter.com/0C0HFfP9

View photo

uNu @unucase                                                           12 Jul 12
I love UNU Exera~^^ instagr.am/p/M_ItBMqtPv/

Expand

uNu @unucase                                                           11 Jul 12
Need additional power for your EXERA MODULAR CASE? Here is
another 100% juice to it! Get powered up now ! myunu.com/products-
page/…

Expand

uNu @unucase                                                            8 Jul 12
I love UNU Exera instagr.am/p/M1SvaaKtLp/

Expand

https://twitter.com/unucase                                                    5/8

EXHIBIT 21
- 59 -

10/11/13                                     uNu (unucase) on Twitter

**uNu** @unucase                                                    7 Jul 12
What color are you?
myunu.com pic.twitter.com/jvGtHjrm

📷 View photo

**uNu** @unucase                                                    7 Jul 12
Sexy pink~!  myunu.com pic.twitter.com/1dFSrVVu

📷 View photo

**uNu** @unucase                                                    7 Jul 12
UNU Exera is on Macworld Magazine! Let's all join this game! How fast
can you find the difference(s) than others? pic.twitter.com/7MGwepvB

📷 View photo

**uNu** @unucase                                                    5 Jul 12
UNU Exera Case with blue bumper, do you like this fashion
accessory? :P Fancy - UNU Exera Case
thefancy.com/things/1353803… via @thefancy

📄 View summary

**uNu** @unucase                                                    4 Jul 12
What to do.. thefancy.com/things/2791204….?ref=MyUNU via
@thefancy

📄 View summary

**uNu** @unucase                                                    2 Jul 12
UNU is here...Can you get where it is?
pinterest.com/pin/7029844415…

Expand

**uNu** @unucase                                                    2 Jul 12
UNU is here... pinterest.com/pin/7029844415…

Expand

**uNu** @unucase                                                    2 Jul 12
What's your COLOR today? #loveMyUNU pic.twitter.com/WSLmLRV4

📷 View photo

**uNu** @unucase                                                    2 Jul 12
She loves UNU, you?  #loveMyUNU pic.twitter.com/YkDF147g

📷 View photo

**uNu** @unucase                                                    1 Jul 12
EXERA is here: Tweet #ToyotaGiving, you will help raise $2.00 that
contribute Charity.  @ UniqueSF instagr.am/p/Mj3m24qtHA/

Expand

**uNu** @unucase                                                    1 Jul 12
EXERA is here: Handmade & hand painted wood cases for iPhone 4
4s  @ UniqueSF instagr.am/p/Mj1TMqqtFf/

Expand

**uNu** @unucase                                                    1 Jul 12
EXERA is here: A secret art area. We can't be here, because
technology is not permitted  @ UniqueSF instagr.am/p/Mj02HwKtFP/

Expand

**uNu** @unucase                                                    1 Jul 12
EXERA is here: UNIQUE SF, so excited to be here..  @ UniqueSF
instagr.am/p/MjWzahqtAX/

**EXHIBIT 21**
**- 60 -**

10/11/13                                    uNu (unucase) on Twitter



Expand

**rodger-igadgetgeek** @Rodger_rt5060                          24 Jun 12
free battery case go here and enter the giveaway
igadgetgeek.com/1/post/2012/06… #apple #iPhone #win #free
#giveaway @unucase pic.twitter.com/ugx55Wk6
Retweeted by uNu
View photo

**uNu** @unucase                                               8 May 12
Buy gift for your mom on myunu.com. coupon code "shopformymom"
and get 20% off plus a free 2-day shipping. valid through 05/10
Expand

**uNu** @unucase                                               8 May 12
Best, best and best wishes to all the mom's in the world.
pic.twitter.com/c0lfixuc
View photo

**uNu** @unucase                                              26 Apr 12
UNU battery case for all day iPhone usage | Todd Bernhard | iPhone
Life shar.es/2ny0h via @sharethis
Expand

**uNu** @unucase                                              17 Apr 12
what color do you want for the bumpers of your better case? Share it
on twitter or Facebook, you would have chance to receive it! Join us!
Expand

Search        Have an account? Sign in ▼

pic.twitter.com/7zDrDn82
View photo

**uNu** @unucase                                               4 Apr 12
Want to receive 50% off coupon code? Follow our Pinterest
"loveunu"! pic.twitter.com/3mddXnoq
View photo

**uNu** @unucase                                             26 Mar 12
No bird soars too high if he soars with his own wings.Let UNU battery
case help you. Hello, beautiful Monday.:) pic.twitter.com/8qUHEIjZ
View photo

**uNu** @unucase                                             25 Mar 12
Time for a new kind of phone booth cnn.com/2012/03/24/opi… #cnn
Expand

**uNu** @unucase                                             24 Mar 12
Light Your Night...
              -UNU pic.twitter.com/gvJXaddB
View photo

**uNu** @unucase                                             24 Mar 12
Martin, uNu is in memory of you.
Visit myunu.com, call for coupon "justice_for_ trayvon" and get 40%
off
usnews.msnbc.msn.com/_news/2012/03/…
Expand

https://twitter.com/unucase                                             7/8

EXHIBIT 21
- 61 -

10/11/13

uNu (unucase) on Twitter



EXHIBIT 21
- 62 -

# EXHIBIT 22

9/27/13    Amazon.com: uNu Enerbook Duo Portable Universal Power- 7000mAh External Battery Pack and Charger for the new iPad 3 2 1, iPhone 4S 4 3Gs 3G (AT&T...





### Technical Details

- Bonus Pack comes with Powerful Wall Charger & Car Charger, Compartmental Carrying Pouch, multiple adapter cable and tips
- Enjoy 30 hours' movie time for iPhone 4S 4, 3Gs 3G and 12 hours movie time for iPad2 iPad
- Huge capacity,7000mAh, and a dual-port output design that allow charging 2 devices at the same time. About 3~4 times of Smartphone's battery life and 80% of iPad 2 iPad battery life
- With Apple Charging Cable Sold Separately, fully Compatible with iPad2 iPad, iPhone 4S 4 3Gs 3G 2G, iTouch, and all generations iPod classic. Also works with Samsung Galaxy Tab, Nintendo DS, Sony PSP and much more
- 1 Year Limited Manufacturer Warranty backup by outstanding award winning customer service team
- › See more technical details

### Product Details

**Product Dimensions:** 4.9 x 0.8 x 2.8 inches ; 8.8 ounces
**Shipping Weight:** 1 pounds
**ASIN:** B006OBHJI0
**Item model number:** EB-01-7000B
**Average Customer Review:** ★★★★★ ☑ (3 customer reviews)
**Amazon Best Sellers Rank:** #281,202 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)

Did we miss any relevant features for this product? **Tell us what we missed.**
Would you like to **give feedback on images** or **tell us about a lower price**?

### Product Description

The uNu Enerbook acts as an indispensable back-up power for your mobile devices when its internal batteries are running low.

www.amazon.com/Enerbook-Portable-Universal-External-Blackberry/dp/B006OBHJI0          1/4

EXHIBIT 22
- 63 -

9/27/13     Amazon.com: uNu Enerbook Duo Portable Universal Power- 7000mAh External Battery Pack and Charger for the new iPad 3 2 1, iPhone 4S 4 3Gs 3G (AT&T...

With its high capacity 7000 mAh battery and dual port 1A design, it can charge up two of your portable devices quickly and reliably.

PSP NDSI 3DS Adapters are included which will provide great help when you have kids sitting on the back seats playing game consoles on a long trip.

It also has a built-in 4 LED power meter that provides information on the remaining battery capacity accurately.

An emulation of the Apple iPhone 4/4S design makes this power bank ultra portable and so admirable, so that you would want to carry it all the time along with your high-tech portable devices.

The soft black pouch with separated compartments, cable and adapter tips in your bag without worrying about any possible scratches and hazards.

A 2.1A Car charger and a wall charger are included for your ease and all of your other portable devices. There is no need to carry multiple charger for all your portable devices.

Feature Highlight
Simultaneous Dual Port USB port charging.
Extended capacity 7000mAh with slimmest form factor.
Multiple tips included for mobile devices charging.
Compartmental Pouch included for easy carrying
Wall Charger and 2.1A car charger included without additional charge

Package Contents
USB Retractable adapter cable
Mini USB adapter Tip
Micro USB adapter Tip
Samsung Galaxy Tab Adapter Tip
PSP Adatper Tip
NDSI 3DS Adatper Tips
Enerbook 7000mAh Battery Pack
Compartmental Carrying Pouch
Energy Efficient Wall charger
Portable 2.1A Car Charger
Quick User Guide

Specifications
Warranty : 1 year
Weight : 250 g
Battery Capacity : 7000 mAh
Battery Life Cycle : Up to 500 full charges

## What Other Items Do Customers Buy After Viewing This Item?

 uNu Enerpak Vault 11000mAh Dual Port 2.1A External Battery Pack for iPhone 5 4S 4, iPad mini, the new ...  by uNu
★★★★☆ (17)
$49.99

 Anker® Astro 3E 10000mAh Portable High Capacity Dual-Port External Battery Power Bank Backup Charger ...  by Anker
★★★★★ (2,204)
$39.99

 uNu Power DX External Protective Battery Case for iPhone 4S & 4 - MFI Apple Certified (Matte Black, Fit ...  by UNU
★★★★☆ (619)
$34.95

 uNu Power DX PLUS External Protective Battery Case - iPhone 4S and 4 2400MAH-Black  by UNU
★★★★☆ (268)
$45.99

› **Explore similar items**

## Customer Questions & Answers

Have a question? Ask the owners here.                                    [ Ask owners ]

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer Reviews

www.amazon.com/Enerbook-Portable-Universal-External-Blackberry/dp/B006OBHJI0                                    2/4

EXHIBIT 22
- 64 -

9/27/13    Amazon.com: uNu Enerbook Duo Portable Universal Power- 7000mAh External Battery Pack and Charger for the new iPad 3 2 1, iPhone 4S 4 3Gs 3G (AT&T...



★★★★★ (3)
5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 3 |
| 4 star | | 0 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 0 |

See all 3 customer reviews

Share your thoughts with other customers

Write a customer review

**Most Helpful Customer Reviews**

1 of 1 people found the following review helpful

★★★★★ **Love it!**  October 26, 2012
By sportsguy
Amazon Verified Purchase

Love this thing! It's got so much battery I could go multiple days charging my iPhone and not have to charge this back up. The jack to charge it though is somewhat fragile as it can't take too much movement or else I fear I would snap, but otherwise it's still the best thing I've ever seen or used to keep me going all day without losing my phone to battery drainage.

Comment | Was this review helpful to you?  Yes  No

★★★★★ **Simply amazing!!**  July 16 2012
By Danzel Armstrong
Amazon Verified Purchase

All I can say this battery is just great. This uNu Enerbook Duo Portable Universal Power Juice Pack is great, and hey, I am the first one to post a review on this great product on amazon! This uNu Enerbook Duo Portable Universal Power Juice Pack is similar in size compare to other in the market, it has a very large battery capacity. The button placement and the finishing is much better. I like that the DC out port was removed cuz I don't have to worry about accidentally plugging the wall charger in the DC out port. But it would have been nice to have two USB ports instead of one, to charge two devices simultaneously. Overall I am very happy with the battery pack, and great support from uNu Electronics.

Comment | Was this review helpful to you?  Yes  No

0 of 1 people found the following review helpful

★★★★★ **I think I ordered the wrong thing**  January 10, 2013
By Renea
Amazon Verified Purchase

Not your fault but I think my son in Afghanistan wanted the extended battery case...awaiting his comments. I'll trade it out when I hear from him.

Comment | Was this review helpful to you?  Yes  No

› See all 3 customer reviews (newest first)

Write a customer review

**Look for Similar Items by Category**

Cell Phones & Accessories > Accessories > Accessory Kits

**Feedback**

› If you have a question or problem, visit our **Help pages**.
› Would you like to **give feedback on images** or **tell us about a lower price**?
› If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

**Your Recently Viewed Items and Featured Recommendations**

**Search Customer Reviews**

[                    ]  Go

☑ Only search this product's reviews

Advertisement

EXHIBIT 22
- 65 -

9/27/13    Amazon.com: uNu Enerbook Duo Portable Universal Power- 7000mAh External Battery Pack and Charger for the new iPad 3 2 1, iPhone 4S 4 3Gs 3G (AT&T…



Loading..

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

**amazon.com**

Brazil    Canada    China    France    Germany    India    Italy    Japan    Mexico    Spain    United Kingdom

| | | | | | |
|---|---|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **AfterSchool.com** Kids' Sports, Outdoor & Dance Gear | **AmazonFresh** Groceries & More Right To Your Door | **Amazon Local** Great Local Deals in Your City | **AmazonSupply** Business, Industrial & Scientific Supplies | **AmazonWebServices** Scalable Cloud Computing | **Askville** Community Answers |
| **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Bookworm.com** Books For Children Of All Ages | **Casa.com** Kitchen, Storage & Everything Home | **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **MYbib** Movies, TV & Celebrities | **Junglee.com** Shop Online in India | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Look.com** Kids' Clothing & Shoes | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands |
| **Soap.com** Health, Beauty & Home Essentials | **Vine.com** Everything to Live Life Green | **Wag.com** Everything For Your Pet | **Warehouse Deals** Open-Box Discounts | **Woot** Never Gonna Give You Up | **Yoyo.com** A Happy Place To Shop For Toys | **Zappos** Shoes & Clothing | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2013, Amazon.com, Inc. or its affiliates

EXHIBIT 22

- 66 -

# EXHIBIT 23

Home  //  uNu Exera Modular Battery Case For iPhone 4 & 4S





## uNu Exera Modular Battery Case For iPhone 4 & 4S

uNu Exera iPhone 4S battery case is the world first modular battery case which doubles the battery life of your iPhone.

User Ratings: 4 | Add Reviews

f Share 4    Tweet 0    Pinit 9    +1 0

Like 14k    Follow @unucase   3,054 followers

* Color : Glossy White / Black                    * Required Fields



      

Qty: 1    $79.95

1 YEAR WARRANTY

### Overview  Features  Tech Specs  Reviews  FAQs



### Double Battery Life
Ex-Era can double the usage time for your iPhone 4 and 4S and helps users fully utilize their iPhone to complete daily tasks, such as Talk, web, text, video, music and gaming, without worrying about always having to recharge.

### Made for iPhone
Featuring Apple's coveted "Made for iPhone" certification, this powerful smart battery case has passed various lab test to ensure safety and reliability



  **Detachable Design**



The EX-Era case is designed to its minimum form factor, plus a 2 piece slide-on detachable design, Ex-Era will only add the bulk when you need extra juice

## Swappable Battery

The Ex-Era features a swappable battery module. It enables endless power supply for your iPhone with additional batteries (purchased separately).





## Fully Protected

The durable and stylish case offers the full protection of a hard-shell case and will protect your iPhone from bumps and scratches, so your phone will look and function like new.

## Fully Functional

Don't give up any iPhone features or functionality. With the Exera, you'll be able to easily access all of your controls, as well as speaker and microphone.





## Slim Back Cover

Swap on the slim back cover, the exera will convert the iPhone back to the size and weight you first fall in love with.

## Related Products

**Slim Back Cover - For EXERA Modular Battery Case iPhone 4 4S**

**uNu Exera Battery Only - For Exera iPhone 4 4S Battery Case**

**uNu DX Plus Extended Battery Case for iPhone 4 4S**

EXHIBIT 23
- 68 -

10/11/13                                    uNu Exera Modular Battery Case For iPhone 4 & 4S | uNu

  

EXHIBIT 23
- 69 -

10/11/13                    uNu Flexi Portable Battery Pack for Smartphones and Tablets - Enerpak Portable Batteries - Collections | uNu

Home  //  Collections  //  Enerpak Portable Batteries  //  uNu Flexi Portable Battery Pack for Smartphones and Tablets



### uNu Flexi Portable Battery Pack for Smartphones and Tablets

A powerful universal battery pack built with a specialized flexible micro-USB cable for an all-in-one charging experience.

User Ratings: 0 | Add Reviews



* Color :                                                    * Required Fields



Qty: 1    $49.95

1 YEAR WARRANTY

     

**Features    Tech Specs    Reviews    FAQs**



**Portable Power:**

The uNu Flexi is convenient power at its finest. Built to be small enough to fit inside a pocket, purse, or backpack, the Flexi can follow you everywhere. Plus, the Flexi is designed to be ultra-light making it completely travel friendly.

EXHIBIT 23
- 70 -

### Easy Cable Storage Design:

Do you enjoy having an extra battery around but hate having to find a cable to charge it? The Flexi has a special "flexible" cable built into the design. Simply pull the cable out and begin to charge! When done, simply replace the cable back and the Flexi will return to its original form.





### Colorful Options

If color coordinating is high on your list, the Flexi is the perfect portable battery for you. The Flexi comes in several colors to accent your charging experience with a little bit of style.

### Built to Last

We use only the finest designs, materials, and people when creating our batteries to ensure 100% reliability from anything we produce. That's why we gladly offer a 1 year warranty on our uNu Flexi Portable Battery to ensure our products stand up to the tests our customer put them to.

### Product Specifications

Battery Capacity: 5000mAh
Life Cycles: >500 Cycles
Input: 5V/0.5A
Output: 5V/1A
Dimensions: 3.5x3x0.75 inches
Weight: 4.5oz
Charging Time 4-5 hours

### Box Content

1 x uNu Flexi Universal Portable Battery Pack
1 x Standard "Flexi" Micro-USB Cable
1 x Operation Manual

User Ratings: 0 | Add Reviews

EXHIBIT 23
- 71 -

1. How many times can this device charge my iPhone?

A: Because each generation of iPhone has a different battery capacity charging results from the Flexi can vary. However, iPhone 5 users should expect 2 full charges.

2. Can I use this device to charge other, various devices?

A: Yes, the Flexi is uNuversal, meaning you can use the Flexi to charge any devices that use a micro-USB port to charge!

3. I left my Flexi in the car for a few hours, and when I returned the Flexi was very hot, does this adversely affect the battery inside?

A: We recommended that the Flexi is always kept in a cool location for a couple of reasons. One, heat will degrade the battery. Two, such a hot case could hurt you.

4. How many charging cycles does the Flexi have?

A: The uNu Flexi generally yields 500 charging cycles in its lifetime.

5. Can I use my own charging cables?

A: Yes, you can use your own charging cables, this way you can charge additional products like the iPhone 5. Please make sure the cables you use are in good condition.

6. Is the warranty for this product similar to the warranty on the phone cases?

A: All products sold by uNu Electronics are covered by a one-year manufacturer warranty. For more information on our warranty please click here.

7. What is special about this particular Flexi?

A: The Flexi has a built in micro-USB cable which eliminates the need to bring a spare charging cable. The Flexi is also design to be ultra-portable making it a perfect accessory for on-the-go use.

8. What can I do to get the most out of my battery?

A: Some helpful tips include: Fully charging the Flexi by itself overnight before using the product for the first time and keeping the Flexi out of extreme temperatures to minimize battery degradation. If you would like to learn more about how to get the most out of your Flexi click here.

9. How do I charge my Flexi?

A: Use the included micro-USB cable and attach the micro-USB (the smaller end) end into the Flexi where it says "IN". Plug the other end of the cable into an available USB port either on a computer or USB wall charger. If done properly an LED display will appear next to the power button on the front of the Flexi and will begin flashing. If there is only one light flashing, the Flexi is empty, if there are three lights the Flexi is full.

10. How do I know if my Flexi has power?

A: PRESS the power button on the front of the Flexi once. A LED display will appear. The number of lights shown indicates

EXHIBIT 23
- 72 -

the amount of charge left in the battery. 3 lights =100% - 66%, 2 lights = about 65% - 33%, 1 solid light = about 32% - 2%, and 1 light flashing = about 1%.

11. How do I turn my Flexi ON and OFF?

A: Simply, press the power button on the front of the Flexi to turn it ON. The Flexi will automatically turn OFF after 25 seconds of non-use.

13. I need more help with my Flexi!

A: If you do not see the answer you are looking for here. We also have a general FAQ section which might help answer your question, or you can go to our technical support page to ask a specific question.

EXHIBIT 23
- 73 -

# EXHIBIT 24

Home   Collections   DX Protective Battery Cases   uNu DX Protective Battery Case For iPhone 4 & iPhone 4S



## uNu DX Protective Battery Case For iPhone 4 & iPhone 4S

Our most popular battery case, the ultra-thin DX battery case for iPhone 4/4s is designed to virtually double the usage time on your iPhone while still offering complete protection from the hazards of everyday life.

User Ratings: 6    Add Reviews



* Required Fields

1   $49.95

1 YEAR WARRANTY



Overview   **Features**   Tech Specs   Reviews   FAQs

**Size is Everything**

**Extended Battery Life**

**"Made For iPhone"**

**Technically Advanced**

EXHIBIT 24
- 74 -

**Form and Function**

## Related Products



**uNu Exera Modular Battery Case For iPhone 4 & 4S**



**uNu DX Plus Extended Battery Case for iPhone 4 4S**

EXHIBIT 24
- 75 -

# EXHIBIT 25

10/11/13      uNu DX-Lite Protective Battery Case for iPhone 4 & iPhone 4S - DX Protective Battery Cases - Collections | uNu

Home // Collections // DX Protective Battery Cases // uNu DX-Lite Protective Battery Case for iPhone 4 & iPhone 4S



## uNu DX-Lite Protective Battery Case for iPhone 4 & iPhone 4S

An ultra-slim, customizable battery case which can just about double battery life on the iPhone 4 and iPhone 4S.

User Ratings: 0 | Add Reviews

Share 180   Tweet 0   Pin it   +1 0

Like 14k   Follow @unucase   3,054 followers

* Color : Matte Black / Black      * Required Fields



Qty: 1   $49.95

1 YEAR WARRANTY

     

**Features**    **Tech Specs**    **Reviews**    **FAQs**



### An Ultra-slim Battery Case:

The uNu DX-Lite is designed to go wherever you need it to. With an extra-slim profile the DX-Lite can fit in a pocket, purse or backpack with ease. Charging your phone has never been so convenient!

### Double Your Battery Life:

This powerful case has the ability to almost double your iPhone's battery life. In fact, the DX-Lite has the power to add 6 hours of talk time, 30 hours of music playback, and a huge 240 hours of



**EXHIBIT 25**
**- 76 -**

stand-by time.





**Colorful Options:**

Nothing personalizes a phone better than customization. With an assortment of exchangeable color bumpers to choose from, your iPhone is simply a snap away from a vibrant new look. Plus, if you want to change your color, simply snap and replace with a new color bumper, it's that easy!

**Charge and Sync through the Case:**

Like all uNu products, the DX-Lite has the ability to allow the iPhone to charge and sync to your computer without having to be removed. Never struggle with removing the case just to sync your phone again!



**Product Specifications**

Battery Capacity: 1500mAh
Life Cycles: >500 Cycles
Input: 5V/0.5A
Output: 5V/1A
Dimensions: 3.5x3x0.75 inches
Weight: 2.4oz
Charging Time 60 min

**Box Content**

1 x uNu DX-Lite Battery Case for iPhone 4 / 4S
1 x uNu Micro-USB Charging Cable
1 x Operation Manual

User Ratings: 0 | Add Reviews

**1. How do I install the DX-Lite Case onto my phone?**

A: Simpy connect the iPhone to the 30-pin connector of the DX-Lite. Then attach the bumper frame by pressing the bumper down around the iPhone. Make sure to press around all the edges of the bumper to ensure the bumper is securely attached to the DX-Lite back plate. p>

EXHIBIT 25
- 77 -

here.

add-on

blog

EXHIBIT 25
- 78 -

here.

technical support page                    FAQ section

EXHIBIT 25
- 79 -

# EXHIBIT 26

Home  //  Collections  //  DX Plus Battery Cases  //  uNu DX Plus Extended Battery Case for iPhone 4 4S



### uNu DX Plus Extended Battery Case for iPhone 4 4S

uNu DX PLUS is designed to provide more than double the battery life to iPhone 4/4S and 2X fast charging speed for heavy iPhone users.

User Ratings: 11 | Add Reviews



* Color :                                              * Required Fields



Qty:  1    $59.95

1 YEAR WARRANTY

      

| Overview | Features | Reviews | FAQs |
|---|---|---|---|

Designed to be more than just a battery case the DX Plus features unbridled power wrapped within a refined frame. This dynamically effective iPhone 4/4S battery case brings efficiency to a whole new level. The ergonomic yet sleek style allows the DX Plus to comfortably protect while still emanating the iPhones original design. Featuring a 2400mAh battery cell which provides 40% more power capacity, plus the ability to charge at double the speed, plus the ability to charge and sync the iPhone 4/4S through the case, ensures that the DX Plus is ideal for high-end consumers, business professionals, and travelers.

## Related Products

EXHIBIT 26
- 80 -

10/11/13                    uNu DX Plus Extended Battery Case for iPhone 4 4S - DX Plus Battery Cases - Collections | uNu

 

P    S

EXHIBIT 26
- 81 -

# EXHIBIT 27

**Registration Number**

# VA 1-856-953

**Effective date of
registration:**

June 18, 2012

## Title ──────────────────────────

**Title of Work:** mophie juice pack powerstation duo Package and Insert

## Completion/ Publication ──────────

**Year of Completion:** 2012

**Date of 1st Publication:** June 12, 2012    **Nation of 1st Publication:** United States

## Author ──────────────────────────

■   **Author:** Mophie, Inc.

**Author Created:** text, photograph(s), 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant ──────────────

**Copyright Claimant:** Mophie, Inc.

2850 Red Hill Ave. Suite 128, Santa Ana, CA 92705, United States

## Rights and Permissions ───────────

**Organization Name:** Mophie, Inc.

**Name:** Kathleen  Walker

**Email:** kathleen@mophie.com    **Telephone:** 949-385-5151

**Address:** 2850 Red Hill Ave. Suite 128

Santa Ana, CA 92705  United States

## Certification ───────────────────

**Name:** Kathleen Walker

**Date:** June 12, 2012

Page  1 of  1

EXHIBIT 27
- 82 -

**Registration #:**  VA0001856953
**Service Request #:**  1-780003470

Mophie, Inc.
Kathleen Walker
2850 Red Hill Ave. Suite 128
Santa Ana, CA 92705  United States

EXHIBIT 27

# EXHIBIT 28



EXHIBIT 28

- 84 -

# EXHIBIT 29



EXHIBIT 29

- 85 -

# EXHIBIT 30



EXHIBIT 30
- 86 -

# EXHIBIT 31



EXHIBIT 31

- 87 -

# EXHIBIT 32



EXHIBIT 32

- 88 -

10/16/13                          uNu Vault 11,000mAh Dual-Port Power Pack | nomorerack.com



# EXHIBIT 33



EXHIBIT 33

- 90 -



EXHIBIT 33

- 91 -

    

EXHIBIT 33
- 92 -