UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**         'O'

| Case No. | 8:13-cv-01705-CAS (JCGx) | Date | October 31, 2014 |
|---|---|---|---|
| Title | MOPHIE, INC. v. UNU ELECTRONICS, INC. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

Not Present                             Not Present

**Proceedings:**   **(In Chambers)** DEFENDANT'S *EX PARTE* MOTION TO STAY LITIGATION PENDING RESOLUTION OF ITS MOTION TO STAY LITIGATION BASED ON *EX PARTE* REEXAMINATION OF THE PATENT IN SUIT (Dkt. No. 55, filed October 28, 2014)

The Court is in receipt of defendant's *ex parte* motion to stay proceedings pending the resolution of defendant's regularly noticed motion to stay litigation based on the Patent and Trademark Office's granting of an *ex parte* application to reexamine the patent in suit. Dkt. No. 55. The Court has also received and considered plaintiff's opposition to the *ex parte* motion. Dkt. No. 62.

In light of the Patent and Trademark Office's decision to reexamine the patent, the Court finds it appropriate to stay further claim construction briefing at least until the Court has had an opportunity to consider the propriety of a longer stay at the hearing on defendant's regularly noticed motion, now set for December 1, 2014. Therefore, the Court STAYS all pending claim construction deadlines until further order of Court. However, the Court does not find good cause shown to stay the non-patent claims in this litigation.

IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |